Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUSAN CAROL NIELSEN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No: **4:11-cv-03379-SBA**<br><br>MOTION FOR EXTENSION OF TIME [Fed.R.Civ.P. 6] |

    WHEREAS, counsel of record Robert C. Weems (CA Bar # 148156) has agreed to the purchase of the deceased sole practitioner, Mr. Sammis, practice and active cases in this court and to avoid prejudice to Plaintiff by reason of such inadvertence, due to taking on additional Social Security civil cases on counsel's part, to submit a timely motion for summary judgment;

    WHEREAS, counsel requires sufficient time to draft the required motion for summary judgment and this is Plaintiff's first request to extend time;

1

Stipulation and Order                                                  4:11-03379-SBA

1   WHEREAS, it is appropriate under the circumstances for counsel to be provided
2  with reasonable time to satisfy his non-delegable duties to the Court.  See, FRCP 11;
3  *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986); and,
4   WHEREAS, Defendant does not oppose Plaintiff's motion.
5   NOW, WHEREFORE, Plaintiff moves for a forty-five (45) days extension of all
6  deadlines in this action.

For Plaintiff:
WEEMS LAW OFFICES
/S/Robert C. Weems

Robert C. Weems, Attorney for
Plaintiff on behalf of Ian M. Sammis


SO ORDERED:

DATE:  12/28/11                                             *Saundra B. Armstrong*

Saundra Brown Armstrong                        JUDGE OF THE UNITED STATES
                                                                  DISTRICT COURT