1
2
3
4
5
6
7
8          UNITED STATES  DISTRICT COURT

9          Northern District of California

10          San Francisco Division

11   SUSAN NIELSEN,                              No. C 11-03379 LB

12                  Plaintiff,              **ORDER DIRECTING THE PARTIES**
                                            **TO FILE A JOINT STATUS UPDATE**
13          v.

14   CAROLYN COLVIN, Acting Commissioner
     of Social Security Administration,
15
16                  Defendant.
     _____/

17       On July 8, 2011, Plaintiff Susan Nielsen filed the instant action, seeking judicial review of a final

18   decision by then-Defendant Michael Astrue, the Commissioner of Social Security Administration,

19   denying her Social Security Income disability benefits.  Complaint, ECF No. 1.  The case originally

20   was assigned to United States Magistrate Judge Nathanael M. Cousins, but upon Ms. Nielsen's

21   declination to proceed before a magistrate judge, the case was reassigned to District Judge Saundra

22   B. Armstrong.  9/28/2011 Order of Reassignment, ECF No. 14.  By June 2012, the parties' cross-

23   motions for summary judgment were fully briefed and ripe for decision.  Motion, ECF No. 22;

24   Opposition and Cross-Motion, ECF No. 23; Reply, ECF No. 24.

25       Since that date, Carolyn Colvin has replaced Mr. Astrue as the Commission of Social Security

26   Administration (and as Defendant to this action), and several attorneys have replaced one another as

27   her legal representative.  First Notice of Substitution, ECF No. 25; Second Notice of Substitution,

28   ECF No. 26; Third Notice of Substitution, ECF No. 30.  Ms. Nielsen also filed a request for judicial

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-03379 LB
ORDER

UNITED STATES DISTRICT COURT
For the Northern District of California

1    notice that asks the court to consider her subsequent award of Social Security benefits in a different

2    proceeding.  First Request for Judicial Notice, ECF No. 28.  Second Request for Judicial Notice,

3    ECF No. 29.

4         On June 27, 2014, Judge Armstrong directed the parties to inform her whether they consented to

5    a magistrate judge presiding over this action.  Order re Consent, ECF No. 31.  They did, and on June

6    2, 2014, the case was reassigned to the undersigned.  Order Reassigning Case, ECF No. 35.  Given

7    the long time that has passed since the pending cross-motions were filed, the lack of continuity

8    among Defendant's counsel, and Ms. Nielsen's subsequent award of benefits in a different

9    proceeding, the court directs the parties to meet and confer about what affect those awarded benefits

10   have on the pending motions (if any) and to provide the court with a joint status update by July 10,

11   2014.  The undersigned primarily wishes to hear from the attorneys currently on the case about how

12   they want to proceed, now that the case has been reassigned.

13   **IT IS SO ORDERED.**

14   Dated: July 3, 2014

15   _____
     LAUREL BEELER
16   United States Magistrate Judge