UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SUSAN NIELSEN,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security Administration,<br><br>                Defendant.<br>_____/ | No. C 11-03379 LB<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING**<br><br>[Re: ECF No. 39] |

On July 8, 2011, Plaintiff Susan Nielsen filed the instant action, seeking judicial review of a final decision by then-Defendant Michael Astrue, the Commissioner of Social Security Administration, denying her Social Security Income disability benefits. Complaint, ECF No. 1. The case originally was assigned to United States Magistrate Judge Nathanael M. Cousins, but upon Ms. Nielsen's declination to proceed before a magistrate judge, the case was reassigned to District Judge Saundra B. Armstrong. 9/28/2011 Order of Reassignment, ECF No. 14. By June 2012, the parties' cross-motions for summary judgment were fully briefed and ripe for decision. Motion, ECF No. 22; Opposition and Cross-Motion, ECF No. 23; Reply, ECF No. 24.

Since that date, Carolyn Colvin has replaced Mr. Astrue as the Commission of Social Security Administration (and as Defendant to this action), and several attorneys have replaced one another as her legal representative. First Notice of Substitution, ECF No. 25; Second Notice of Substitution, ECF No. 26; Third Notice of Substitution, ECF No. 30. Ms. Nielsen also filed a request for judicial

notice that asks the court to consider her subsequent award of Social Security benefits in a different proceeding. First Request for Judicial Notice, ECF No. 28. Second Request for Judicial Notice, ECF No. 29.

On June 27, 2014, Judge Armstrong directed the parties to inform her whether they consented to a magistrate judge presiding over this action. Order re Consent, ECF No. 31. They did, and on June 2, 2014, the case was reassigned to the undersigned. Order Reassigning Case, ECF No. 35. Given the long time that has passed since the pending cross-motions were filed, the lack of continuity among Defendant's counsel, and Ms. Nielsen's subsequent award of benefits in a different proceeding, the court directed the parties to meet and confer about what affect those awarded benefits have on the pending motions (if any) and to provide the court with a joint status update by July 10, 2014.

The parties provided an update on July 10, 2014. Status Update, ECF No. 39. Ms. Nielsen says that the subsequent award of benefits is further evidence in support of her pending summary judgment, while Defendant says that it is not. *See id.* In any case, the parties agree that supplemental briefing on this issue is warranted. *See id.*

The court agrees that supplemental briefing is warranted, but considering how long this case has been pending, the court will not give the parties quite as much time as they ask for. The court considered giving the Ms. Nielson 14 days to file a brief and Defendant 14 days to file an opposition, but the court does not wish to interfere with counsels' possible summer plans. Instead, the court will allow Ms. Nielsen 21 days to file an opening brief, Defendant 21 days to file an opposition brief, and Ms. Nielsen 7 days to file a reply brief. This means that Ms. Nielsen's opening brief is due on **August 1, 2014**, Defendant's opposition is due on **August 22, 2014**, and Ms. Nielsen's reply is due on **August 29, 2014**. This should be sufficient time to brief this remaining issue.

**IT IS SO ORDERED.**

Dated: July 11, 2014

_____
LAUREL BEELER
United States Magistrate Judge